IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panircelvan S/O Kaliannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated )<br><br>v.<br><br>PEARCE & DURICK, and JONATHAN P. SANSTEAD, | MOTION TO APPEAR PRO HAC VICE<br><br>Case No. 1:15-cv-0085 |

Alan L. Rosca, an attorney for Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Y moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Ohio |
| Office/Firm Address: | 1422 Euclid Avenue<br>Suite 1610<br>Cleveland, OH 44115 |
| Telephone Number (office): | 216-570-0097 |
| E-mail Address (office): | arosca@prwlegal.com |
| Legal Training: | Cleveland-Marshall College of Law, Cleveland State University, Cleveland Ohio, 2008 |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | U.S. Court of Appeals, Fourth Circuit (January 19, 2012); U.S. District Court, Northern District of Ohio (April 27, 2011); numerous pro hac vice admissions in federal district courts across the country. Licensed to practice law by the Ohio Supreme Court, attorney registration # 0084100. |
| Trial Experience: | Litigation experience in numerous class actions; trial experience primarily in FINRA arbitration. |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 6 day of June 2015.

_____
Alan L. Rosca

1422 Euclid Avenue
Suite 1610
Cleveland, OH 44115

216-570-0097