## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panirselvan S/O Katiannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated,<br><br>v.<br><br>PEARCE & DURICK, and JONATHAN P. SANSTEAD, | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 1:15-cv-0085 |

Joseph C. Peiffer, an attorney for Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Louisiana |
| Office/Firm Address: | 201 St. Charles Avenue<br>Suite 4610<br>New Orleans, LA 70170 |
| Telephone Number (office): | 504-523-2434 |
| E-mail Address (office): | jpeiffer@prwlegal.com |
| Legal Training: | Tulane School of Law, cum laude, in 1999<br>Bowling Green State University - 1996 (communications) |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | LA Sup. Ct - Oct. 1999, USDC for Easter District of Louisiana, USDC of the Western & Middle Districts of Louisiana - Nov. 2003, U.S. Ct of Appeals, Fifth Circuit - June 2003, U.S. Supreme Court - Feb. 2005, U.S. Ct. of Appeals, Second Circuit - 209, U.S. Ct. of Appeals, Ninth Circuit - 2014<br>Louisiana Bar ID # 26459 |
| Trial Experience: | Mr. Peiffer has tried five or six proceedings to verdict |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 30 day of JUNE, 2015

Joseph C. Peiffer
201 St. Charles Avenue
Suite 4610
New Orleans, LA 70170
504-523-2434