# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim et al.<br><br>v.<br><br>PEARCE & DURICK and JONATHAN P. SANSTEAD, | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 1:15-cv-00085 |

Brian O. Marty, an attorney for Hudson, Mallaney, Shindler, & Anderson, P.C. moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Iowa |
| Office/Firm Address: | Hudson, Mallaney, Shindler, & Anderson P.C.<br>5015 Grand Ridge Dr., Suite 100<br>West Des Moines, IA 50265 |
| Telephone Number (office): | 515-223-4567 |
| E-mail Address (office): | bmarty@hudsonlaw.net |
| Legal Training: | University of St. Thomas Law School 2010 |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Iowa<br>  ID: AT0011622<br>Montana<br>  ID: 11562 |
| Trial Experience: | First-chair jury trial experience |

| | |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 17 day of July.

*/s/Brian O. Marty*

Brian O. Marty

Hudson, Mallaney, Shindler, & Anderson P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265

515-223-4567
bmarty@hudsonlaw.net

Attorney for Plaintiffs