IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panircelvan S/O Kaliannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>    vs.<br><br>PEARCE & DURICK, and JONATHAN P. SANSTEAD,<br><br>                                Defendants | **Case No. 1:15-cv-00085** |
| DOMINIC WRIGHT, MARTIN LEESE, ANDREW CHITTENDEN, WHITE ROSE PROPERTIES, LLC, STEPHEN ROYALL, STEPHEN ROYALL AND MARIA THOMSON S.M.S.F., LLC, PETER MCRAE, MCRAE FAMILY HOLDINGS, INC., MARTIN ABSIL, MIN-WEI PETER LIU,<br>ADRIEN VINCIGUERRA, GAEL VINCIGUERRA, JAMES CAMPION, PRABAHARAN SUBRAMANIAM, ADRIAN SENG YEE PONG, TREVOR LOWMAN and ANNABEL LOWMAN, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br>    vs.<br><br>PEARCE & DURICK,<br><br>    Defendant. | **Case No. 1:15-cv-00098** |

1

### PLAINTIFFS' UNOPPOSED MOTION FOR
### APPOINTMENT OF INTERIM LEAD COUNSEL

Upon the Declaration of J. Barton Goplerud submitted herewith, and upon Plaintiff Memorandum of Law submitted herewith, and upon all of the pleadings and proceedings heretofore had herein, Plaintiffs (as set forth in the captions above, hereinafter "Plaintiffs") hereby move for entry of an Order, in the form submitted herewith, appointing Plaintiffs' counsel, Peiffer Rosca Wolf Abdullah Carr & Kane, A Professional Law Corporation, Hudson, Mallaney, Shindler & Anderson, P.C. and Law Office of Christopher J. Gray, P.C., as Interim Class Counsel for Plaintiffs and the putative class pursuant to Fed. R. Civ. P. 23(g).

Dated: August 26, 2015

      PEIFFER, ROSCA, WOLF
      ABDULLAH, CARR & KANE
      A PROFESSIONAL LAW CORPORATION
      */s/ Alan Rosca*
      By: Alan Rosca
      1422 Euclid Avenue, Suite 1610
      Cleveland, Ohio 44115
      Telephone: (216) 570-0097
      Facsimile: (888) 411-0038
      E-Mail: arosca@prwlegal.com

      PEIFFER, ROSCA, WOLF
      ABDULLAH, CARR & KANE
      A PROFESSIONAL LAW CORPORATION
      Joseph C. Peiffer
      201 St. Charles Avenue, Suite 4610
      New Orleans, LA 70170
      Telephone: (504) 523-2434
      Facsimile: (504) 523-2464
      E-Mail: jpeiffer@prwlegal.com

      HUDSON, MALLANEY, SHINDLER &
      ANDERSON, P.C.
      J. Barton Goplerud
      Brian O. Marty, (pro hac vice pending)

5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 2223-8887
E-Mail: jbgoplerud@hudsonlaw.net
bmarty@hudsonlaw.net

LAW OFFICE OF
CHRISTOPHER J. GRAY, P.C..
Christopher J. Gray
360 Lexington Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 838-3221
Facsimile: (212) 937-3139
E-Mail: chris@investorlawyers.net

*Proposed Interim Class Counsel*

LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons
50 Albany Turnpike, Suite 4024
Canton, CT 06019
Telephone: (860) 920-5181
E-mail: joshuakons@konslaw.com

LARSON LAW FIRM, P.C.
Mark V. Larson
1020 North Broadway
Minot, ND 58703
Telephone: (701) 839-1777
Facsimile: (701) 839-5350
E-mail:       larslaw@srt.com

SCHNEIDER, SCHNEIDER & SCHNEIDER
Mac J. Schneider
317 ½ Kittson Ave.
Grand Forks, ND 58201
Telephone: (701) 757-2050
Facsimile: (701) 757-2051
E-Mail: mac@schneiderlawfirm.com

*Additional Counsel for Plaintiffs*