IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panircelvan S/O Kaliannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated, | **Case No. 1:15-cv-00085** |
| Plaintiffs, | |
| vs. | |
| PEARCE & DURICK, and JONATHAN P. SANSTEAD, | |
| Defendants | |
| DOMINIC WRIGHT, MARTIN LEESE, ANDREW CHITTENDEN, WHITE ROSE PROPERTIES, LLC, STEPHEN ROYALL, STEPHEN ROYALL AND MARIA THOMSON S.M.S.F., LLC, PETER MCRAE, MCRAE FAMILY HOLDINGS, INC., MARTIN ABSIL, MIN-WEI PETER LIU, ADRIEN VINCIGUERRA, GAEL VINCIGUERRA, JAMES CAMPION, PRABAHARAN SUBRAMANIAM, ADRIAN SENG YEE PONG, TREVOR LOWMAN and ANNABEL LOWMAN, on behalf of themselves and all others similarly situated, | **Case No. 1:15-cv-00098** |
| Plaintiffs, | |
| vs. | |
| PEARCE & DURICK, | |
| Defendant. | |

1

**DECLARATION OF J. BARTON GOPLERUD
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
<u>FOR APPOINTMENT OF INTERIM LEAD COUNSEL</u>**

J. BARTON GOPLERUD declares as follows pursuant to 17 U.S.C. §1746:

1.       I am a shareholder of the firm of Hudson, Mallaney, Shindler & Anderson, P.C.and am one of the attorneys for Plaintiffs in the above-captioned matters.  I am familiar with the proceedings in this case.  I respectfully submit this Declaration in support of Plaintiffs' Unopposed Motion for Appointment of Interim Lead Counsel (in the proposed form submitted herewith).

2.       Annexed hereto as Exh. 1 is a true copy of the firm biography of Peiffer Rosca Wolf Abdullah Carr & Kane, A Professional Law Corporation.

3.        Annexed hereto as Exh. 2 is a true copy of the firm biography of Hudson, Mallaney, Shindler & Anderson, P.C.

4.       Annexed hereto as Exh. 3 is a true copy of the firm biography of Law Office of Christopher J. Gray, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __ day of August, 2015

_____
J. BARTON GOPLERUD

# Exhibit 1

# Peiffer Rosca Wolf Abdullah Carr & Kane, APLC

**Main office**
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Phone: 504-523-2434
Fax: 504-523-2464
**Website:** www.praclawfirm.com

**Cleveland office**
526 Superior Avenue, Suite 1255
Cleveland, OH 44114
Phone: 216-589-9280
Fax: 888-411-0038

**San Francisco office**
4 Embarcadero Center Ste. 1400
San Francisco, CA 94111
Phone: 415-766-3545
Fax: 415-402-0058

**Rochester office**
15 Fishers Road, Suite 111
Pittsford, NY 14534
Phone: 585-310-5140
Fax: 888-411-0038

Peiffer Rosca Wolf Abdullah Carr & Kane, APLC ("Peiffer Rosca Wolf") was founded in 2013. Joseph Peiffer, Peiffer Rosca Wolf's, managing partner, previously was a litigation partner at Fishman Haygood, LLP in New Orleans. Peiffer Rosca Wolf handles a wide variety of cases, but its class action practice is focused on representing individuals and institutions that have suffered losses due to investment fraud or breaches of fiduciary responsibility.

Peiffer Rosca Wolf has been appointed class counsel serves as counsel in numerous class actions, including:

*Bilewicz v. FMR LLC*, a case brought on behalf of current and former employees of Fidelity Investments, alleging that Fidelity violated ERISA by offering exclusively high-fee Fidelity mutual fund products in its retirement plan and by repeatedly adding funds to the plan with little or no track record. Plaintiffs further alleged that the Fidelity plan's fees are very high for a multi-billion dollar plan, and Fidelity has failed to follow sound fiduciary practices for multi-billion dollar plans. This case was successfully settled, and Peiffer Rosca Wolf was approved as co-class counsel in that action.

*In re Cox Enterprises, Inc. Set-Top Cable Television Box Antitrust Litigation*, Peiffer Rosca is on the plaintiff's steering committee of this multi-district litigation consolidating numerous regional antitrust class actions involving allegations that Cox illegally tied rental of its cable set-

top boxes to the provision of cable television services. The court recently certified the first regional class that it considered, and Peiffer Rosca Wolf was approved as co-class counsel in that action.

Peiffer Rosca Wolf currently serves as counsel for plaintiffs in numerous class actions, including:

*In re Fidelity ERISA Float Litigation*, a case involving claims brought by participants in various ERISA plans administered by Fidelity, on behalf of those plans, alleging that Fidelity violated ERISA by improperly using "float" income received as interest on plan assets to pay itself fees and failing to crediting the amount of that float income to the plans or their participants.

*Whitley, et al. v. J.P. Morgan Chase & Co., et al.*, a class action lawsuit on behalf of retirement investors against J.P. Morgan Chase & Co. and various other J.P. Morgan entities over the sale and administration of the JP Morgan Stable Value Fund. Plaintiffs allege that JP Morgan breached its fiduciary duties under ERISA by including in the Stable Value Fund numerous risky investments and mortgage-related assets, the losses on which caused investors in the Fund to receive returns that grossly underperformed those of other similar funds.

*American Chemicals & Equipment Inc. 401(K) Retirement Plan v. Principal Management Corporation, et al.*, a case involving claims brought by ACE 401(k) Plan, on behalf of the shareholders of six mutual funds, against the investment advisors for those funds. Plaintiff alleges that the defendants breached their statutory fiduciary duty under Section 36(b) of the Investment Company Act of 1940 ("ICA"), 15 U.S.C. § 80a-35(b), by charging unfair and excessive fees for their advisory services and retaining excess profits derived from economies of scale.

*Carol Prock v. Thompson National Properties, LLC, et al.*, a securities class action filed on behalf of investors in the TNP 6700 Santa Monica Boulevard, a real estate investment program that raised approximately $17 million from the investing public. Claims are predicated upon alleged material misrepresentations and omissions in the program's offering documents by its sponsor and officers and directors of the sponsor.

*Jon Hanson v. Berthel Fisher & Company Financial Services, Inc., et al.*, a securities class action filed on behalf of investors in a real estate investment program that raised approximately $26 million from the investing public. Claims are predicated upon the role played by Berthel Fisher, the managing broker-dealer of the program that allegedly organized and oversaw the securities offering by the Program while aware of misrepresentations and omissions in the Program's offering documents.

*Lewis Booth, et al. v. Strategic Realty Trust, Inc. (f/k/a TNP Strategic Retail Trust, Inc.), et al.*, a securities class action filed on behalf of investors in a real estate investment program that raised approximately $90 million from the investing public. Claims are predicated upon alleged material misrepresentations and omissions by the issuer, its sponsor, and its officers and directors, in the Program's offering documents.

**Peiffer Rosca Wolf Attorney Profiles**

**Joseph Peiffer** is the managing member of Peiffer Rosca Abdullah Carr & Kane, LLC. His practices consist of representing individuals and institutions that have been harmed by investment banks and brokerage firms, prosecuting ERISA class actions, and representing victims of labor trafficking and those who have suffered catastrophic injury. He has co-authored a treatise Litigating Business and Commercial Tort Cases, which is published by Thompson West.

Joe has also taught and lectured extensively. He co-created and taught a class entitled Storytelling and Advocacy at Loyola Law School. Also, at Loyola Law School, he has taught a course entitled "The Basics of Arbitration" and he also serves as an adjunct professor teaching Trial Advocacy. He has guest lectured at Tulane Law School in its Securities Regulations class and Syracuse Law School on securities arbitration. He has spoken at many national conventions on a variety of topics including prosecuting large, multi-client claims, broker's deficient advice to retire and FINRA arbitration.

Joe has represented hundreds of individual retirees against their brokers in FINRA arbitration. The highlights of this practice include representing 32 Exxon retirees in a 90-day FINRA arbitration against Securities America that resulted in a $22 million verdict — one of the largest ever awarded by a FINRA arbitration panel. He has also represented hundreds of Xerox and Kodak retirees against their broker resulting from the broker's fraudulent advice to retire and subsequent unsuitable investments. He has represented hundreds of families in cases involving private placements and Ponzi schemes.

His financial services fraud practice also includes representing hospitals and municipalities around the country in cases involving their issuance of auction rate securities. He also serves as co-lead counsel on several ERISA class actions against large financial services firms alleging that they did not prudently invest retirement money and had conflicts of interest. He also is on the plaintiffs' steering committee in a nationwide antitrust class action involving the illegal tying of cable set-top boxes to the provision of premium cable services. Joe also currently represents hundreds of clients in cases involving serious injuries sustained by pharmaceutical products.

Finally, he represents victims of human trafficking and labor exploitation. In one such case, the plaintiffs have alleged that the defendants have failed to pay overtime, improperly deducted for employee housing, and held the plaintiffs passports while in the United States. He has travelled extensively to the Philippines for this case and another one involving a rig explosion where two of his clients working on a rig owned by Black Elk exploded.

Joe was one of three Louisiana lawyers ranked by Chambers USA for securities litigation in 2011. He has been named a 2013 Rising Star by his peers in the Class Action Administration

organization. He has been quoted by USA Today, Wall Street Journal, the Associated Press, New York Times, New York Daily News, The Los Angeles Times, Business Week, Investment News, and many other publications. Mr. Peiffer has also appeared on CNN. He was named as one of the fifty Leaders in Law by New Orleans City Business Magazine.

He has also successfully risen into the leadership of several national bar associations. He twice served as the chairman of the Business Torts Section of the American Association for Justice. He currently serves as President of PIABA – a nationwide bar association of lawyers that represent individuals and institutions in arbitrations to recover money lost by investment banks and brokerage firms.

Joe graduated from Tulane School of Law, cum laude, in 1999. While at Tulane, he served on the Tulane Law Review and was involved with the Tulane Legal Assistance Program. Prior to attending Tulane, he graduated from Bowling Green State University in 1996 with a degree in communications.

**Alan Rosca** is a securities lawyer who focuses his legal practice on complex commercial and financial litigation and arbitration, particularly in the areas of securities and investment fraud. His other areas of interest are ERISA, mass torts, privacy and data collection, employment cases, and international disputes.

Alan often represents individual and institutional investors who suffered losses as a result of fraud, Ponzi schemes, stockbroker misconduct, and other securities rule violations. He has initiated class actions on behalf of thousands of investors nationwide who lost their savings because of investment fraud or misconduct. He has co-counseled cases with attorneys across the country, from class actions to FINRA arbitrations and receivership actions.

Alan has been quoted in the media on the topic of investment loss recovery from Ponzi schemes. He has co-authored amicus curiae memoranda submitted to state Supreme Courts on behalf of investors in securities litigation proceedings. He is currently authoring a study on the characteristics of the typical Ponzi scheme perpetrator and recovery venues available to investors. He also teaches Securities Regulation at the Cleveland-Marshall College of Law, Cleveland State University and is a speaker and author on attorney ethics and professionalism.

He received his Juris Doctor degree, summa cum laude, from the Cleveland-Marshall College of Law, Cleveland State University. While in law school, he served as a Managing Editor of the Cleveland State Law Review, received the Dean's scholarship for the entire Juris Doctor program, and was on the Dean's List. He also holds a Master of Business Administration degree from Baldwin Wallace University, Ohio.

Before becoming a lawyer, Alan worked in the securities industry and developed first-hand knowledge of the industry's compliance and supervisory procedures and their practical enforcement. His exposure to the inner workings of the securities industry has helped him better represent investors as an attorney-at-law, in cases against industry actors that fail in their duties to protect the investing public and abide by the securities rules and regulations.

Alan is licensed to practice law in Ohio, and was admitted before federal courts in the Fourth Circuit and Northern District of Ohio, and has been admitted *pro hac vice* in numerous federal district courts nationwide. He is a member of the Public Investors Arbitration Bar Association, a nationwide association of securities lawyers dedicated to representing investors in securities-related disputes.

**Adam Wolf** has developed a national reputation as a leading appellate and civil rights litigator. He successfully argued a case in the United States Supreme Court, *Safford Unified School District No. 1 v. Redding*, 557 U.S. 364 (2009), that defined the scope of the Fourth Amendment regarding strip searches in public schools. The Court's opinion in Safford marked the first time in forty years that the Supreme Court ruled in favor of a student who claimed that her school violated her constitutional rights. For his efforts in this case, Mr. Wolf was named Attorney of the Year in California by California Lawyer Magazine.

Mr. Wolf has argued in numerous federal and state courts of appeals, in addition to the United States Supreme Court. He has represented groups and individuals whose constitutional rights have been violated, organizations who seek to vindicate their rights, and governmental entities who were harmed by corporate misconduct.

An established appellate and civil rights litigator, Mr. Wolf has lectured around the country regarding constitutional law and civil rights. He has been quoted in hundreds of domestic and international newspapers, including the New York Times, Washington Post, Los Angeles Times, USA Today, and Wall Street Journal. Additionally, Mr. Wolf has appeared on numerous television and radio programs, including Good Morning America, CBS Evening News, ABC World News, NBC Nightly News, CNN Headline News, National Public Radio, and the BBC.

**David Abdullah** is a veteran trial attorney and former prosecutor, practicing out of the firm's New Orleans office. David has strong family and civic ties to the local community and has been a resident of New Orleans since 1996.

David attended Florida A&M University from 1992 to 1996, where he earned his B.S. in Business Economics. Thereafter, David attended Tulane Law School, receiving his Juris Doctorate in 1999.

David has gained extensive trial and litigation experience over the course of his career. He practiced as an Assistant District Attorney ("ADA") for both Orleans and Jefferson Parishes for ten years. As an ADA, David served as a felony trial attorney, special homicide prosecutor, Code 6 prosecutor and appeals attorney. He also served as an Assistant Special Counsel to the Judiciary Commission of Louisiana.

Following his career as a public servant, David entered began his law practice in the areas of occupational exposure and disease, products and premises liability, wrongful death, and criminal defense. David currently focuses his law practice in the areas of product liability, wrongful death,

human rights, whistleblower, personal injury, employment, mass torts, and select criminal defense matters.

**Daniel Carr** represents a diverse client base in a variety of commercial disputes, complex litigation, and arbitration. Daniel handles numerous state and federal lawsuits for individuals and businesses, and he currently represents investors, and municipalities in FINRA arbitration proceedings. Together with Joe Peiffer, Daniel also serves as co-counsel in several ERISA and antitrust class action lawsuits and represents individuals in litigation involving pharmaceutical products, labor exploitation, fraudulent investments, and wrongful death.

Daniel is a member of several nationwide bar associations, including PIABA (Public Investors Arbitration Bar Association), and he is currently sits on the board of directors of the Business Torts Section of the American Association for Justice.

Daniel received his law degree from Tulane School of Law, summa cum laude, in 2006. While at Tulane, he was elected Senior Articles Editor for the Tulane Law Review, and he worked as a fellow in the Legal Analysis Program. Following law school, Daniel was privileged to serve as a law clerk to Judge Jacques L. Wiener, Jr., on the United States Court of Appeals for the Fifth Circuit.

**Jason Kane** is a securities attorney practicing out of the firm's Upstate New York office.  He has extensive experience representing investors in Financial Industry Regulatory Authority arbitrations and New York State Courts.

Jason graduated from the State University of New York at Geneseo in 2004 having earned his B.A. in Economics.  Thereafter, Jason attended the Syracuse University College of Law, and received his Juris Doctorate, Cum Laude, in 2007.

While attending the Syracuse University College of Law, Jason served as a form and accuracy editor for the Syracuse Journal of International Law and Commerce.  He also gained valuable experience as a student law clerk for Magistrate Judge George H. Lowe and served as a volunteer at the United States Attorney's Office in the Northern District of New York where he assisted the Assistant United States Attorneys prosecute their cases.

Jason has represented hundreds of investors in Upstate New York and around the country in some of the highest profile securities cases originating out of Upstate New York.  He has recovered millions of dollars in FINRA arbitration and mediation while representing individuals against their former brokers and brokerage firms.  He often assists his victimized clients through the regulatory investigations that result from the large scale scams perpetrated by their unscrupulous brokers.

# Exhibit 2



## Hudson, Mallaney, Shindler & Anderson, P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS   ▼        PRACTICE AREAS   ▼        CONTACT US

## Professional, Trustworthy, Compassionate and Effective Legal Service

ustice is getting what you deserve. Hudson, Mallaney, Shindler & Anderson, P.C., offers zealous legal representation unique to each client's needs. We provide our clients with creative, cost effective, sult-oriented service generated by the wisdom gained from thousands of ses and years of experience.

e Hudson Law Firm's reputation of integrity and the highest quality of jal work has earned the respect and confidence of our clients and mpetitors. The Firm has played a central role in thousands of lives: from lient who is wrongfully denied hard-earned wages by his employer, to a man who is injured in an accident, to a family faced with the difficulties divorce.

Whether your needs include estate planning, business transactions, criminal defense, or appeals to the Supreme Court, the Firm is known for its ingenuity, skill, and aggressiveness in representing its clients.

Our firm is committed to providing you with professional, trustworthy, compassionate and effective service. We provide each client with competent, aggressive and personalized representation. We understand that the legal process can be overwhelming. It is our goal to make the process as simple and efficient as possible for our clients. We can help.

# AREAS OF PRACTICE



FAMILY LAW



PERSONAL INJURY



BANKRUPTCY



BUSINESS LAW

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME      FIRM OVERVIEW      ATTORNEYS  ▼      PRACTICE AREAS  ▼      CONTACT US



WORKERS' COMPENSATION



LITIGATION



WILLS, TRUSTS & ESTATES



APPEALS

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US

  +1  Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy I Legal Disclaimer I Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.
Website design and development by Amplimark



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Hudson, Mallaney,
Shindler & Anderson, P.C.

515-223-4567

HOME   FIRM OVERVIEW        ATTORNEYS  ▼        PRACTICE AREAS  ▼        CONTACT US

ır Attorneys

oosing a lawyer may be one of the most

**Hudson, Mallaney, Shindler & Anderson, P.C. – Des Moines Law Firm**

**Our Background**

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

oosing a lawyer may be one of the most
portant decisions you ever make. This
cision should not be taken lightly, and should
 made only after careful research into the
ining, skill, reputation, and results of the
vyer being considered.

?et Our Attorneys

## ir Location

15 Grand Ridge Drive
ite 100
?st Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

Mail Us

## arch Website



## Our Background

Hudson, Mallaney, Shindler & Anderson, P.C., was founded in
Des Moines, Iowa and has been successfully defending the
rights of clients throughout the Midwest for more than 50
years. Our firm has a proven record of results and a reputation
for excellence that speaks for itself.



As you read more about us, you'll find the secret to our
success is simple hard work. We represent our clients the way
we ourselves would want to be represented — aggressively,
fairly and ethically.

## Our People

Our firm includes top-notch attorneys with more than 150 years of combined legal experience. Our
attorneys have strong academic credentials and community ties. Each attorney in our firm is deeply
committed to your success. Our attorneys speak frankly and openly with clients. They demonstrate
the strictest personal and professional ethics. Above all, they are passionately committed to your
needs as a client.

## Our Practice

Our attorneys provide a broad range of legal services to individuals and business clients throughout
the midwest. Our practice areas include family law, real estate, personal injury, banking and finance,
personal bankruptcy and business bankruptcy, alternative dispute resolution (ADR), appeals, health
care law, consumer fraud, insurance law, wage and hour violations, medical malpractice, business
and corporate law, products liability, agricultural law, commercial litigation, workers' compensation,
employment law, sports and leisure law, and entertainment law.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME     FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

### Our Promise

We utilize state-of-the-art technology and cost-effective methods to provide services in a timely, client-oriented manner. We take time to listen to our clients, return their calls promptly, keep them informed and provide the personalized support and assistance they require. Our attorneys are up front and ethical about their fees, so there are no surprises.

At our very core, we focus on each client's background, needs and goals. Working creatively and diligently, we seek the best possible result for each client we serve.

### Contact Us

Our law office is conveniently located in West Des Moines, Iowa. To schedule a consultation with an attorney at our firm, call 866-916-9127 or 515-223-4567, or contact us by e-mail.

**UR ADDRESS**

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

**ABOUT THE FIRM**

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

**CONNECT WITH US**



 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Hudson, Mallaney, Shindler & Anderson, P.C.
### Professional, Trustworthy, Compassionate and Effective Legal Service

Our attorneys are committed to the highest standards of legal service. We understand how difficult this time may be for you. We work diligently to seek creative, effective and cost-conscious solutions to legal challenges. We zealously relentlessly serve you. Our attorneys have more than 150 years of combined legal experience.

Each attorney in our firm is deeply committed to your success. Whether you are going through a divorce, recovering from a personal injury, need to file for bankruptcy or need an attorney for civil litigation or an appeal, we can provide the experienced, compassionate and personalized legal assistance you require.

To learn more about the education, experience and credentials of our attorneys, visit our attorney profiles links on the left. If you want to learn more about our firm, we are pleased to answer your questions.

We are located in West Des Moines, Iowa and serve clients throughout the state of Iowa. To contact a lawyer at our firm or for further assistance, call 866-916-9127 or 515-223-4567, or contact us by e-mail.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW                    ATTORNEYS   ▼          PRACTICE AREAS   ▼          CONTACT US

Family Law

Alimony

Child Custody and Visitation

Child Support

Divorce

Modifications

Property Division

Personal Injury

Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Family Law Attorneys in Des Moines and Central Iowa

Divorce and child custody issues can be emotionally and financially devastating. While some matters are resolved amicably and quickly, many domestic relations cases are highly contested. When facing this type of adversity, you need a clearheaded, compassionate and experienced advocate to stand up for you. Our attorneys have been helping clients resolve family law disputes for more than 50 years. Our attorneys have seen virtually every aspect of divorce and family law from all sides, and will bring that experience to your case.



Our family law practice also includes actions for post-decree enforcement and modification. If your circumstances have undergone significant change since your decree was issued, you can request a modification from the court. If you are not receiving proper payments for support or alimony, you may petition the court for and order of enforcement.

## Contact Us

If you are facing divorce or need legal support for a child custody or support issue, call our office for a consultation at 866-916-9127 or 515-223-4567. You can also contact us from this site. We look forward to telling you how our experience can help you reach a more stable future.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Family Law
Personal Injury
  Car Accidents
  Motorcycle Accidents
  Slip and Fall Accidents
  Truck Accidents
Bankruptcy
Business and Corporate Law
Workers' Compensation
Litigation
Class Action Lawsuit
Wills, Trusts and Estates
Appeals

## Personal Injury

Our firm represents those who were hurt by the accidental or intentional acts of others, including cases involving automobile accidents, defective products, or premises liability, among others. In addition, our firm has extensive experience in the related area of health and health care law, which encompasses areas such as disability, elder law and medical malpractice.



Personal injuries cause physical pain as well as emotional and financial hardship. You may be out of work and have medical bills piling up. Your family life may be under strain. We often take our physical and mental well-being for granted until something goes wrong. In addition to the physical and emotional costs, the economic losses from an accident can be devastating. Whether caused by an automobile accident, a defective product, medical malpractice, or other negligent, careless, reckless or intentional conduct, injuries alter lives forever. By retaining an experienced personal injury attorney, you can spend your time focusing on your health, family, and economic issues, while pursuing a variety of legal means to obtain the highest possible financial recovery.

Our attorneys have years of experience and an excellent track record of representing individuals who have been injured as a result of an unsafe product that was designed, manufactured, sold, or furnished by a person or company. We assist those injured individuals in achieving fair compensation for their injuries. Our attorneys have represented individuals injured by food and agricultural products, machinery and tools, medical products and devices, motor vehicles, and recreational products.

If you have been injured or have lost a loved one as a result of the negligent, careless, or reckless or intentional conduct of another, call our office at 866-916-3127 or 515-233-4567 for a free consultation or contact us through this site.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

📞 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

Family Law

Personal Injury

Bankruptcy

  Business Bankruptcy

  Consumer Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Bankruptcy Law

If you are struggling with debt, our attorneys can help you get a fresh start and back on the road to financial freedom. Our bankruptcy attorneys are leaders in their field and have years of experience guiding individuals through Chapter 7 and Chapter 13 bankruptcies and businesses through Chapter 11 reorganizations. We know that bankruptcy is often a difficult decision and that events which lead to bankruptcy are often beyond a client's control. We treat you with the respect and dignity which you deserve.



Business Bankruptcy

Consumer Bankruptcy

**5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265**

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Family Law

Personal Injury

Bankruptcy

Business and Corporate Law

  Commercial Litigation

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Business and Corporate Law Attorneys

The business and corporate law attorneys at the Hudson Law Firm handle a broad range of business and corporate law matters from business transactions to complex business and commercial litigation. Our attorneys represent a wide variety of businesses, including major corporations, financial institutions, real estate developers, hotels, car dealerships, and numerous small and mid-size businesses in various industries.



Our attorneys have extensive litigation experience in state and federal courts, as well as alternative dispute resolutions such as arbitration, handling virtually any form of business and commercial dispute, including breach of contract, business torts, construction, real estate, employment matters, collections, anti-trust, insurance, and professional malpractice. Business clients are drawn to the firm's reputation for excellence, cutting edge strategies, and outside-the-box thinking. Our attorneys solve real problems effectively and efficiently, helping clients maximize their bottom line.

In addition to our extensive litigation experience, our firm represents individuals, businesses and business owners with any manner of business transactions, including:

- Formation of LLCs, corporations, partnerships and other business entities
- Commercial law
- Contracts
- Mergers and acquisitions
- Buy-sell agreements
- Non-compete, non-solicitation, and non-disclosure agreements
- Employment law
- Annual meeting and biennial reporting requirements

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▾          PRACTICE AREAS  ▾          CONTACT US

- Mergers and acquisitions
- Buy-sell agreements
- Non-compete, non-solicitation, and non-disclosure agreements
- Employment law
- Annual meeting and biennial reporting requirements
- Business bankruptcy and reorganization
- Wind-up and dissolution

Whether you are an individual, small business owner, or a large corporation, our attorneys can provide the quality legal representation you need and the exceptional level of service that you deserve.

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
st Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US





Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS ▾     PRACTICE AREAS ▾     CONTACT US

Family Law

Personal Injury

Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Workers' Compensation Attorneys

Unfortunately, accidents on the job are extremely common. All too often, individuals who have been involved in job related accidents are not treated fairly and are denied the medical attention and financial compensation they are entitled to under the law. Many times, injured individuals and their families have no idea what steps to take to defend their rights and seek the benefits that they deserve. Dealing with the cumbersome judicial system can be complicated and confusing, leaving the individual feeling overwhelmed and hopeless. At a time when



they should be focused on recovering, many are dealing with worry and stress caused by time off from work and lost wages.

If you've been injured on the job, our workers' compensation attorney are here to help. Our attorneys will aggressively defend your rights, and get you the medical treatment and financial compensation that you deserve. Our experienced workers' compensation lawyers understand the complicated judicial system, and can fight for the benefits that are due to you. We also understand the stress involved in being injured on the job. We understand the feelings of worry, fear and hopelessness that often plague individuals that are dealing with a workers' compensation case, and we can help.

If you are injured, it is important to act quickly to protect your rights. The state of Iowa has strict limits on the time you have to report your injury and file a workers' compensation claim. If you have been injured at work, call our office immediately. We can help you navigate the confusing legal system and get the benefits that you are entitled to.

### Contact Us

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

hopelessness that often plague individuals that are dealing with a workers' compensation case, and we can help.

If you are injured, it is important to act quickly to protect your rights. The state of Iowa has strict limits on the time you have to report your injury and file a workers' compensation claim. If you have been injured at work, call our office immediately. We can help you navigate the confusing legal system and get the benefits that you are entitled to.

## Contact Us

Call toll free 866-916-9127 or 515-223-4567, or contact us by email for a free, no-obligation consultation about your case.

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
st Des Moines, IA 50265

one: 515-223-4567
l Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US



8+1 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

Family Law

Personal Injury

Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

  Wage and Hour Violations

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Litigation

Our firm represents and advises clients who are facing litigation in a wide range of practice areas. From litigation avoidance planning to courtroom advocacy and appellate work, a Hudson, Mallaney, Shindler & Anderson, P.C. litigation attorney is your complete resource.



We have litigated cases from contractual and insurance disputes to personal injury to commercial real estate and employment cases. Whatever your legal dilemma, we have the litigation experience to vigorously represent your interests.

Our many combined years of litigation experience give our attorneys insight into what our opponents are planning, and our litigation team uses this knowledge to prepare the best arguments for each client's case.

Litigation can be a time-consuming and exhausting process. Our attorneys work hard to make sure the process proceeds as smoothly as possible. They give straightforward answers to your questions and continually keep you updated on the status of your case. In addition, our attorneys will inform you concerning all of your options and help you make the best decision for your situation. You will make the final decision on all issues related to your litigation.

Everything we do in managing litigation relates to our goal of fairly and competently resolving each case to our client's best advantage. When early settlement is in your best interests, we will develop a cooperative solution to the legal issues you face. When it is in your best interest is to take the case to trial, our attorneys will be tenacious in the defense of your rights and interests. Contact us to learn more about how our litigators can help you.

**5015 Grand Ridge Drive, Suite 100**
**West Des Moines, IA 50265**

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

📞 515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▼    PRACTICE AREAS ▼    CONTACT US

Family Law

Personal Injury

Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Consumer Fraud | Class Action Lawsuit

As part of our civil litigation practice, we handle class action claims against businesses that engage in consumer fraud. State and federal laws protect consumers against unscrupulous businesses that engage in deceptive advertising and other forms of consumer fraud.



Examples of consumer fraud include:

- Mortgage fraud
- Credit card fraud
- Auto fraud
- Deceptive advertising
- Mail order fraud
- Defective products
- Telemarketing fraud
- Telephone contract fraud

If you feel you have been the victim of consumer fraud, contact an attorney at our firm to discuss your legal rights. You may have a right to receive financial compensation for the damages you have sustained. Our attorneys aggressively defend the rights of consumers and hold businesses responsible for deceptive practices and the sale of defective products.

Hudson, Mallaney, Shindler & Anderson, P.C., has been fighting for the rights of people like you since 1972. We are dedicated attorneys who work hard to obtain the best possible results for the people we serve. We are committed to the delivery of quality legal representation, with an emphasis on dedicated advocacy, professionalism and ethical legal service.

## Contact Us

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

responsible for deceptive practices and the sale of defective products.

Hudson, Mallaney, Shindler & Anderson, P.C., has been fighting for the rights of people like you since 1972. We are dedicated attorneys who work hard to obtain the best possible results for the people we serve. We are committed to the delivery of quality legal representation, with an emphasis on dedicated advocacy, professionalism and ethical legal service.

## Contact Us

To find out more about our firm and your right to pursue an action for consumer fraud, contact our office today. We are located in West Des Moines, Iowa, and serve clients locally and nationally in class action claims. For assistance, call 866-916-9127 or 515-223-4567, or contact us by e-mail.

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US

f  Q+  in

 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Family Law

Personal Injury

Bankruptcy

Business and Corporate Law

Workers' Compensation

Litigation

Class Action Lawsuit

Wills, Trusts and Estates

Appeals

## Wills, Trusts and Estates

At the Hudson law firm, our attorneys have decades of experience guiding clients through the estate planning process. Clients appreciate our thoughtful and thorough approach, ensuring that their affairs are in order and will be handled smoothly, beneficiaries will be provided for in the most appropriate manner possible, and their estate will be maximized for the benefit of those they leave behind. Let us help you provide for what is most important to you.



In addition to estate planning, our attorneys can help you navigate Medicaid, plan for long term care, and protect elders who are being abused or taken advantage of. We also frequently represent executors, administrators, trustees, heirs, beneficiaries, and creditors in various issues that arise during the course of administration of trusts and estate, including probate litigation.

Our attorneys have extensive experience in all aspects of Wills, Trusts & Estates, including:

- Wills
- Revocable Trusts
- Irrevocable Trusts
- General Powers of Attorney
- Medical Powers of Attorney
- Living Wills
- Tax planning and gifting
- Guardianships and Conservatorships
- Elder law and Medicaid planning
- Nursing home and long term care

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▾          PRACTICE AREAS ▾          CONTACT US

- Medical Powers of Attorney
- Living Wills
- Tax planning and gifting
- Guardianships and Conservatorships
- Elder law and Medicaid planning
- Nursing home and long term care
- Will contests
- Claims of creditors
- Elder Abuse
- Mismanagement or misappropriation of assets by fiduciaries

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
ll Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US





Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

📞 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

Family Law
Personal Injury
Bankruptcy
Business and Corporate Law
Workers' Compensation
Litigation
Class Action Lawsuit
Wills, Trusts and Estates
Appeals

## Civil and Criminal Appeals

Hudson, Mallaney, Shindler & Anderson, P.C., has a strong appeals practice that includes civil and criminal appeals. Attorney Andrew B. Howie handles the appeals at our firm. He handles a wide range of appeals including family law, property disputes, commercial litigation, criminal defense, personal injury, medical malpractice and much more.



Andrew Howie has represented hundreds of clients in appeals to the Iowa Supreme Court and Iowa Court of Appeals. Here is an example of cases he has WON for his clients:

### DIVORCE – CHILD CUSTODY

In re Marriage of Aronow, 2007 WL 2004709 (Iowa Ct. App., July 12, 2007) – won mother custody of her children after she lost at trial.

In re Marriage of Nelson, 2003 WL 1970399 (Iowa Ct. App., Apr. 30, 2003) – won father custody of his child after he lost at trial in a modification case.

In re Marriage of Amenell, 2007 WL 2257082 (Iowa Ct. App., Aug. 08, 2007) – won mother custody of her child after she lost at trial.

In re Marriage of Cordes, 2003 WL 21921263 (Iowa Ct. App., Aug. 13, 2003) – won father sole custody of his children after trial court ordered a shared physical care arrangement.

In re Marriage of Stoos, 2006 WL 3313954 (Iowa Ct. App., Nov. 16, 2006) – won mother custody of her child after she lost in a modification trial.

In re Marriage of Gray, 2014 WL 2431677 (Iowa Ct. App., May 29, 2014) – won mother custody of her children after she lost at her divorce trial.

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

In re Marriage of Duggan, 2014 WL 3511889 (Iowa Ct. App., July 16, 2014) – won father custody of his child after he lost at trial in a modification case.

### DIVORCE – PROPERTY DIVISION

In re Marriage of McReynolds, 2009 WL 4119700 (Iowa Ct. App., Nov. 25, 2009) – successfully reversed trial court's unfair property division to husband when applying prenuptial agreement.

In re Marriage of Hoakison, 2004 WL 2168430 (Iowa Ct. App., Sep. 29, 2004) – obtained more money for wife on appeal when trial entered unfair property division

In re Marriage of Sullins, 715 N.W.2d 242 (Iowa 2006) – successfully protected client's property award, trial attorney fee award, and denial of college expenses

### DIVORCE – ALIMONY

In re Marriage of Angier, 2009 WL 3337642 (Iowa Ct. App., Oct. 7, 2009) – reversed trial court's low alimony award and increased amount for client.

In re Marriage of Schactner, 2009 WL 2170240 (Iowa Ct. App., July 22, 2009) – won alimony for client on appeal when trial court denied all alimony.

In re Marriage of Powell, 2008 WL 4308223 (Iowa Ct. App., Sep. 17, 2008) – reversed trial court and substantially lowered alimony and child support obligation for client in a modification case

In re Marriage of Burgett, 2004 WL 1836116 (Iowa Ct. App., Aug. 11, 2004) – substantially lowered client's alimony obligation

In re Marriage of Davidson, 2002 WL 535321 (Iowa Ct. App., Apr. 10, 2002) – won alimony for client on appeal when trial court denied all alimony

In re Marriage of Sisson, 843 N.W.2d 866 (Iowa 2014) – lowered ex-husband's alimony obligation through the appeal.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

## Hudson, Mallaney,
## Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

In re Marriage of ____, 20__ WL _____ (Iowa Ct. App. 20__) – increased ex-wife's alimony award from $60,000 to $300,000 through the appeal

## DIVORCE – ATTORNEY FEES

In re Marriage of Peck, 2005 WL 3147946 (Iowa Ct. App., Nov. 23, 2005) – reversed trial court's order for client to pay ex-wife's attorney fees in contempt case

## MORTGAGE DISPUTE

Robinson v. First American Title Ins. Co., 2008 WL 2514019 (Iowa Ct. App., June 25, 2008) – reversed trial court's decision to extinguish mortgage holder's lien

## EASEMENT DISPUTE

Skow v. Goforth, 618 N.W.2d 275 (Iowa 2000) – successfully defended trial court's decision to allow client to build a fence in an easement dispute

## LAND CONDEMNATION

Kimberley v. Iowa Dept. of Transp., 2002 WL 1758260 (Iowa Ct. App., July 31, 2002) – reversed trial court's dismissal of landowner's case to stop land condemnation by State

### Contact a West Des Moines Appeals Lawyer

To contact Iowa appellate attorney Andrew B. Howie, call 866-916-9127 or 515-223-4567. You may also contact us by e-mail.

R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.

## ABOUT THE FIRM

Hudson Law is committed to providing you with

## CONNECT WITH US





5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

📞 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

**Hudson, Mallaney, Shindler & Anderson, P.C.** ✕
5015 Grand Ridge Drive, West Des Moines, IA 50265
Phone: 515-223-4567
(Directions)



## ADDRESS

**Hudson, Mallaney, Shindler & Anderson, P.C.**

5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265

## PHONE/FAX

Toll Free : 866-916-9127
Local : 515-223-4567
Fax: 515-223-8887



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Directions

## Contact Our Office

Recipient *

General Inquiry ▾

Name *

First                                    Last

Phone *

Your Email *

Message

Submit

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▾ | PRACTICE AREAS ▾ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

### Andrew B. Howie
**Shareholder**
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Andrew B. Howie is a shareholder with the firm of Hudson, Mallaney, Shindler & Anderson, P.C. He earned his Bachelor's Degree from Wartburg College in Waverly, Iowa, in 1993, and his J.D. with distinction from the University of Iowa in 1996. He is licensed to practice in Iowa (1996), the Northern and Southern Districts of the U.S. District Court of Iowa (1996), Eighth Circuit of the U.S. Court of Appeals (1996), and the U.S. Supreme Court (1999). After graduating from law school in 1996, he served as a clerk for the Iowa District Court in Burlington for a year. Mr. Howie has practiced in Polk County since 1997.



He primarily practices in appellate law, having appeared in over 160 rulings from Federal and Iowa's appellate courts, and hundreds of family law cases in trial court. He has been a member of the Iowa State Bar Association's Family and Juvenile Law Section since 2002, having served as its Chair (2009–10), Vice-chair (2008–09), and chair of its Forms and Practice subcommittee (2004–08, 2010–present). He been a member of Iowa State Bar Association's Appellate Practice Committee since 2004 and served as its Chair from 2012 to 2013.

He authored the Iowa State Bar Association's "Family Law Manual", published in 2008, 2012, and 2014, which is primary tool for judges and attorneys throughout Iowa.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Areas of Practice

- Divorce
- Family Law
- Litigation & Appeals
- Personal Injury—Plaintiff

 view my profile on **Avvo**



## Bar Admissions

- Iowa, 1996
- U.S. District Court Northern District of Iowa, 1996
- U.S. District Court Southern District of Iowa, 1996
- U.S. Court of Appeals 8th Circuit, 1998
- U.S. Supreme Court, 1999

## Education

- University of Iowa College of Law, Iowa City, Iowa
  - J.D.—1996
  - Honors: With Distinction
  - Honors: Moot Court Board

## Published Works

- Family Law Manual, published by the Iowa State Bar Association

## Representative Cases

- In re Marriage of Sisson, 843 N.W.2d 866 (Iowa 2014)
- Shams v. Hassan, 829 N.W.2d 848 (Iowa 2013)
- Skow v. Goforth, 618 N.W. 2d 275 (Iowa 2000)

## Honors and Awards

- 2011 Great Plains Super Lawyers

## Professional Associations and Memberships

- Iowa State Bar Association, Member
- Iowa State Bar Association, Family Law Section, Member
- Iowa State Bar Association, Appellate Practice Committee, Member
- Polk County Bar Association, Member
- Polk County Bar Association, Family Law Section, Member
- American Bar Association, Member
- Iowa Association for Justice, Member

## Past Employment Positions

- Iowa Judicial District 8 (B), Law Clerk, 1996–1997

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▼    PRACTICE AREAS ▼    CONTACT US

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

## Education

- University of Iowa College of Law, Iowa City, Iowa
  - J.D.—1996
  - Honors: With Distinction
  - Honors: Moot Court Board
- Wartburg College, Waverly, IA
  - B.A.—1993
  - Major: Political Science

- American Bar Association, Member
- Iowa Association for Justice, Member

## Past Employment Positions

- Iowa Judicial District 8 (B), Law Clerk, 1996–1997

## UR ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
l Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US



8+1 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## J. Barton Goplerud
### Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Bart represents clients in class action, personal injury, medical malpractice, product liability, and workers' compensation cases. He is licensed to practice in all Iowa state and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, and the American Association for Justice. Bart earned his bachelor's degree from the University of Iowa in 1982 and his law degree from Drake University in 1990. Bart and his wife Leslie live in Booneville.



### Areas of Practice

- Wrongful Death
- Medical Malpractice Law

### Published Works

- "Liability of Schools and Coaches: The Current Status of Sovereign Immunity and Assumption of

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

- Wrongful Death
- Medical Malpractice Law
- Misdiagnosis
- Surgical Mistake
- Personal Injury
- Automobile Accidents
- Slip and Fall
- Products Liability Law
- Workers' Compensation
- Consumer Protection Law
- Litigation
- Wage and Hour Violation
- Class Action/Anti Trust Violation

**Bar Admissions**

- Iowa, 1990
- U.S. District Court Northern District of Iowa, 1990
- U.S. District Court Southern District of Iowa, 1990

**Education**

- Drake University Law School, Des Moines, Iowa
  - J.D.—1990
  - Honors: Order of the Coif
  - Law Review: Drake Law Review, Editor
- University of Iowa, Iowa City, Iowa
  - B.A.—1982

- "Liability of Schools and Coaches: The Current Status of Sovereign Immunity and Assumption of the Risk", 39 Drake Law Review 759

**Classes/Seminars**

- Adjunct Professor, Negotiations, Pre-Trial Advocacy and Mediation, Drake Law School, 1993–Present

**Professional Associations and Memberships**

- Iowa State Bar Association, Member
- American Bar Association, Member
- American Association for Justice, Member

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

**HOME**      **FIRM OVERVIEW**      **ATTORNEYS** ▼      **PRACTICE AREAS** ▼      **CONTACT US**

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

### Brian O. Marty

**Associate**

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Brian Marty is an attorney with Hudson, Mallaney, Shindler & Anderson, P.C. He represents clients in personal injury, workers' compensation, medical malpractice, product liability, and bankruptcy cases. He is licensed to practice in Iowa and Montana state and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, the Polk County Bar Association, and the Iowa Association for Justice. Brian earned his bachelor's degree from the University of North Dakota in 2007 and his law degree from the University of St. Thomas School of Law in 2010. He previously practiced in Billings, Montana. Brian and his wife Megan and their daughter live in West Des Moines.



### Areas of Practice

- Personal Injury
- Motor Vehicle Accidents

### Professional Associations and Memberships

- American Bar Association, Member
- Iowa State Bar Association, Member

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

**HOME**　　**FIRM OVERVIEW**　　**ATTORNEYS** ▼　　**PRACTICE AREAS** ▼　　**CONTACT US**

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

- Slip and Fall
- Medical Malpractice
- Product Liability
- Workers' Compensation
- Bankruptcy
- Class Action

## Bar Admissions

- Montana, 2010
- U.S. District Court, District of Montana
- Iowa, 2012
- U.S. District Court, Southern District of Iowa

## Education

- University of St. Thomas School of Law, Minneapolis, MN
  - Juris Doctor, summa cum laude—2010
  - Law Review: University of St. Thomas Law Review
- University of North Dakota, Grand Forks, North Dakota
  - Bachelor of Business Administration, summa cum laude—2007
  - Major: Aviation Management

- Polk County Bar Association, Member
- Iowa Association for Justice, Member

### Fraternities/Sororities

- Sigma Alpha Epsilon
- Beta Gamma Sigma

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▾    PRACTICE AREAS ▾    CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Frederick B. Anderson

### Shareholder

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Mr. Anderson has been in private practice since 1977 in West Des Moines, Iowa. He represents many small and medium sized companies throughout Iowa that do business locally and internationally. He has extensive litigation experience in all Iowa and federal courts, and all arbitration and mediation forums.

Mr. Anderson is a member of several organizations including the Iowa Bar Association, Polk County Bar Association, Academy of Iowa Trial Attorneys and Iowa Trial Lawyers Association. He has been Chairman of the Lawyer Referral Committee of the Iowa Bar Association, a member of the Grievance Commission of the Supreme Court of Iowa and a member of the Clive Planning and Zoning Commission. He has coached high school and junior high school mock trial teams for several years. He was Clive Iowa outstanding citizen in 2001. Fred resides in West Des Moines, Iowa, with his wife, Vicki.



### Areas of Practice

• Contracts and Business

### Classes/Seminars

• Business and the Law, Small Business

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          CONTACT US

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

Areas of Practice

- Contracts and Business
- Corporate Law
- Mergers & Acquisitions
- Securities
- Real Estate
- Litigation
- Trial law
- Personal Injury
- Alternate Dispute Resolution
- Wills and Trusts
- Estate Planning
- Probate Law
- Employment Law

## Litigation Percentage

- 50% of Practice Devoted to Litigation

## Bar Admissions

- Iowa, 1977
- U.S. District Court Northern District of Iowa, 1977
- U.S. District Court Southern District of Iowa, 1977
- U.S. Court of Appeals 8th Circuit, 1977
- U.S. Supreme Court, 1980

## Education

- Drake University Law School, Des Moines, Iowa
  - J.D.—1977

- Business and the Law, Small Business Association, 1990–Present
- Various Classes on Legal Issues, Des Moines Area Community College, 1980–1995

## Honors and Awards

- Clive Iowa Outstanding Citizen, 2001

## Professional Associations and Memberships

- Polk County Bar Association Fee Arbitration Comittee, Past Member
- Iowa State Bar Association, Member
- American Bar Association, Member
- Iowa Academy of Trial Lawyers, Member
- American Board of Trial Advocates, Member
- FINRA, Arbitrator and Mediator
- NFA, Arbitrator and Mediator
- Better Business Bureau, Arbitrator and Mediator
- Clive Planning and Zoning Commission, Past Member
- Clive Planning and Zoning Commission, Vice Chairman
- Clive Board of Adjustment, Past Member
- Clive Parks and Recreation Board, Past Member
- Clive Comprehensive Plan Steering Committee, Member
- State Limited Liability Company and Partnership

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

**Frederick B. Anderson**

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

• Drake University Law School, Des Moines, Iowa

- J.D.—1977
- Honors: Order of the Coif
- Honors: With Honors
- Honors: Drake Legal Research, 1975–77, Editor
- Law Review: Drake University Law Review, 1975–1977

• University of Minnesota, Duluth, Minnesota

- B.A. magna cum laude—1974
- Honors: With Honors
- Major: Political Science
- Minor: Economics and Business

## Representative Cases

- Beyer v. Todd, 601 N.W. 2d 35 (Iowa 1999)
- Stevens v. Des Moines Independent Community School Dist., 528 N.W. 2d 177, 98 Ed. Law Rep. 364 (Iowa 1995)
- Matter of Estate of Keenan, 519 N.W. 2d 373 (Iowa 1994)
- Shams v. Carney, 518 N.W. 2d 366 (Iowa 1994)
- RMP Industries, Ltd. v. Linen Center, 386 N.W. 2d 523 1 UCC Rep.Serv.2d 638 (Iowa App. 1986)
- Denise Williams v. Kathryn E, Barnhill, et al, 2010 WL 3894454 (Iowa App. 2010)
- Randolph W. Jones v. Iowa Central Community

Member

- State Limited Liability Company and Partnership Laws, Aspen Law & Business, Iowa Editor
- State Limited Partnership Laws, Aspen Law & Business Past, Iowa Editor
- Grievance Commission of the Supreme Court of Iowa, Member
- Iowa Bar Association, Member, Committee for Business Law Practice Manual
- Iowa Bar Association, Chairman, Committee for Lawyer Referral
- Study of Attorney-Disciplinary System, Member, Advisory Committee

## Past Employment Positions

- Anderson & Tully, P.C., President/Shareholder and Predecessor, 1980–2009

## Pro Bono Activities

- Volunteer Lawyers Project, 1980–Present
- Arbitrator for FINRA, NFA and Better Business Bureau
- Coach, High School and Junior High Mock Trial Teams

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

Frederick B. Anderson.

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

• Denise Williams v. Kathryn L. Barnhill, et al, 2010
WL 3894454 (Iowa App. 2010)
• Randolph W. Jones v. Iowa Central Community
College, et al, 972 F2nd 354, 1992 WL 157410
(CA.8 Iowa)

## Representative Clients

• Enterprise Corporation International and Modern
Solutions, Inc
• Iowa Beverage Systems, Inc. (Beverage
Distribution Industry)
• Iowa Machinery & Supply, Inc. /MH Equipment
and Products, Inc
• Des Moines Sanitary Supply, Inc (Sanitation
Supply Industry)
• U.S.. Commodities, Inc. (Commodity/Security
Industry)
• Enterprise Development, LLC and Showcase
Homes, Ltd
• Glen Oaks Golf Couse and Rolling Hills Golf
Course, Inc.
• Ag Source Seeds, Inc. and Latham Hitech
Hybrids, Inc
• Sam's Riverside (Automobile Industry)
• Frontier Construction and Showcase Homes Ltd.(
Construction Industry)
• Camelot West Owners Association, The Finches
Townhome Association Inc.,

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

### Katie L. Gallo

**Associate**

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Katie has spent her professional life devoted to helping those in need, often when facing uncertain times because of family turmoil. Prior to joining Hudson, Mallaney, Shindler & Anderson, Katie was the in house counsel for a local youth services agency in Des Moines. Her passion for assisting those in need, especially children and families, makes Katie's empathy a key ingredient of her representation. Katie's empathy and strong work ethic make her and her clients achieve favorable results.

Katie has been zealously representing clients in the Des Moines area since 2009. She practices primarily in the areas of divorce, child custody, visitation, child support, juvenile law, and litigation.

Katie received her Bachelor of Arts from the University of Iowa in 2006, majoring in Psychology and minoring in Political Science. She obtained her Juris Doctorate from Drake University Law School in 2009. Katie is a member of several organizations



including the Iowa Bar Association, Polk County Bar Association, Iowa Organization of Women Attorney, and Polk County Women Attorneys. Katie Resides in Urbandale, Iowa, with her husband.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Hudson, Mallaney,
Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Areas of Practice

- Family Law
- Juvenile Law
- Divorce
- Custody
- Visitation
- Child Support
- Litigation

## Bar Admissions

- Iowa, 2009

## Education

- Drake University Law School, Des Moines, Iowa
  - J.D.—2009
  - Honors: With Honors
- University of Iowa, Iowa City, Iowa
  - B.A.—2006
  - Honors: Cum Laude
  - Major: Psychology
  - Minor: Political Science

## Professional Associations and Memberships

- Iowa State Bar Association
- Polk County Bar Association
- Polk County Women Attorneys
- Iowa Organization of Women Attorneys

## Fraternities/Sororities

- Delta Theta Pi
- Gamma Phi Beta

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

📞 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Michael P. Mallaney

### Shareholder

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Mike represents clients in commercial, bankruptcy, antitrust, agriculture, and administrative law cases. Mike is licensed to practice in all Iowa state and federal courts and is a member of the American Bar Association and the Polk County Bar Association. Mike earned his bachelor's degree from Eastern Illinois University in 1972, his master's degree from Eastern Illinois University in 1975, and his law degree from Drake University in 1979. He served as law clerk for Bankruptcy Judge Richard F. Stageman in the U.S. Bankruptcy Court for the Southern District of Iowa from 1980 to 1982.



### Areas of Practice

- Agriculture Law
- Antitrust & Trade Regulation

### Published Works

- Casenote, Drake Law Review, Vol. 27, No. 4, 1978

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

- Bankruptcy Law
- Government Agencies & Programs

## Bar Admissions

- Iowa, 1980
- U.S. District Court Northern District of Iowa, 1980
- U.S. District Court Southern District of Iowa, 1980
- U.S. Court of Appeals 8th Circuit, 1980

## Education

- Drake University Law School, Des Moines, Iowa
  - J.D.—1979
  - Honors: With Honors
  - Law Review: Drake Law Review, 1978 – 1979

- Eastern Illinois University, Charleston, Illinois
  - M.A.—1975

- Eastern Illinois University, Charleston, Illinois
  - B.S.—1972
  - Major: History

## Honors and Awards

- Recipient, American Jurisprudence Awards in Agency Partnership and Administrative Law

## Professional Associations and Memberships

- Iowa State Bar Association, Member
- American Bar Association, Member

## Past Employment Positions

- Bankruptcy Judge Richard F. Stageman, U.S. Bankruptcy Court, Southern District of Iowa, Law Clerk, 1980–1982

## Fraternities/Sororities

- Phi Alpha Delta

## JR ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
st Des Moines, IA 50265

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal

## CONNECT WITH US



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

### Peter J. Rolwes
#### Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Pete has been in private practice in West Des Moines, Iowa, since
2007. He represents individual and corporate clients located
throughout Iowa or doing business in Iowa in a variety of legal
matters including, business and corporate law, personal injury,
bankruptcy, estate planning and probate, real estate, and civil
litigation. Pete has litigated numerous cases in all Iowa and federal
courts as well as in arbitration. He is also a frequent speaker at
local colleges and churches on various legal topics.

Outside of work, Pete is on the board of the Des Moines Curling
Club, the Iowa Curling Association, and the alumni board of Sigma
Alpha Epsilon fraternity. Pete also serves as a small group host at
Lutheran Church of Hope in West Des Moines and volunteers with
various charities. In his free time, he enjoys golfing, running, and is
involved in several rec leagues. Pete lives in Waukee, Iowa, with
his wife, Jessica.

### Areas of Practice

- Wills, Trusts, Estate Planning & Probate Law
- Bankruptcy

### Professional Associations and Memberships

- American Bar Association, Member
- Iowa State Bar Association, Member

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Hudson, Mallaney,
Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

- Business Law
- Corporate Law
- Commercial Law
- Contracts
- Trademarks & Copyright Law
- Non Profit Law
- Real Estate
- Collections Law
- Employment Law
- Litigation
- Personal Injury
- Lemon Law

**Bar Admissions**

- Iowa, 2007
- U.S. District Court Southern District of Iowa

**Education**

- Drake University Law School, Des Moines, Iowa
  - J.D.—2007
  - High Honors
  - Law Review: Drake Law Review
- Drake University College of Business and Public
  Administration, Des Moines, Iowa
  - M.B.A.—2007
  - Beta Gamma Sigma

- Polk County Bar Association, Member

**Fraternities/Sororities**

- Delta Theta Phi
- Beta Gamma Sigma
- Omicron Delta Kappa
- Sigma Alpha Epsilon

Case 1:15-cv-00085-RRE-ARS   Document 29-1   Filed 08/26/15   Page 52 of 67


5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

- High Honors
- Law Review: Drake Law Review
- Drake University College of Business and Public
  Administration, Des Moines, Iowa
  - M.B.A.—2007
  - Beta Gamma Sigma
- Simpson College, Indianola, Iowa
  - B.A. magna cum laude—2004
  - Major: Business Management

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567
l Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with
professional, trustworthy, compassionate and
effective services for a broad range of legal
issues. Our firm includes top-notch attorneys
with more than 150 years of combined legal
experience and have strong academic
credentials and community ties.

## CONNECT WITH US



8+1 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

boilerplate
Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual
situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Roger J Hudson Sr.
### Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Roger has practiced law in the Des Moines area since 1972 and is well known as a zealous advocate for his clients. Roger represents clients in family law, employment, real estate, and personal injury cases. He is licensed to practice in all Iowa state and federal courts and is a member of the American Bar Association, Iowa State Bar Association, Polk County Bar Association, American Association for Justice, and Iowa Association for Justice. Roger earned his bachelor's degree from Drake University in 1969 and his law degree from Drake University in 1972. Roger and his wife Shari live in West Des Moines.



### Areas of Practice

• Divorce
• Employment Law—Employee

### Professional Associations and Memberships

• Polk County Bar Association, Member
• Iowa State Bar Association, Member

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |
|------|---------------|-------------|------------------|------------|

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

- Family Law
- Personal Injury—Plaintiff
- Real Estate Law

## Bar Admissions

- Iowa, 1972
- U.S. District Court Northern District of Iowa
- U.S. District Court Southern District of Iowa
- U.S. Court of Appeals 8th Circuit

## Education

- Drake University Law School, Des Moines, Iowa

  - J.D.—1972

- Drake University

  - B.A.—1969

## Classes/Seminars

- Former Lecturer of Law, Drake University Law School

- American Bar Association, Member
- Iowa Trial Lawyers Association, Member
- American Association for Justice, Member

### Fraternities/Sororities

- Delta Theta Phi

---

### UR ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100

### ABOUT THE FIRM

Hudson Law is committed to providing you with
professional, trustworthy, compassionate and

### CONNECT WITH US

  

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

### Ryan E. Weese
**Shareholder**

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Mr. Weese began his private practice over thirteen years ago. He represents clients throughout the state in a variety of domestic situations that include child custody disputes, property distribution, business valuation and division, farm property, alimony, child support, and all other aspects concerning divorce and the related areas of practice. Mr. Weese has also engaged in representation of plaintiffs and defendants in medical malpractice, personal injury, criminal and employment discrimination cases. His clients include individual clients struggling through a dissolution of marriage to corporate clients trying to succeed in their respective businesses.

Mr. Weese is a current fellow of the American Academy of Matrimonial Lawyers (AAML) since 2013 and has received a variety of awards for his quality representation and hard work. Those awards include, but are not limited to, Super Lawyers—Rising Star; Top 100 Trial Attorneys (National Trial Lawyers); Top 10 Family Law Attorney (National Academy of Family Law Attorneys); and the other awards set forth below.

In his free time, Mr. Weese enjoys spending time with his family who reside in West Des Moines. He is also actively involved in several athletic endeavors and has coached baseball for several years in West Des Moines



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

and in Mason City.

## Areas of Practice

- Family Law
- Trial Law
- Medical Malpractice
- Juvenile Law
- Civil Rights and Discrimination
- Personal Injury

## Bar Admissions

- Iowa, 2001
- U.S. District Court Northern District of Iowa, 2001
- U.S. District Court Southern District of Iowa, 2001
- U.S. Court of Appeals 8th Circuit, 2001

## Education

- Drake University Law School, Des Moines, Iowa
  - J.D.—2001
- Drake University, Des Moines, Iowa
  - B.S. magna cum laude—1998

## Professional Associations and Memberships

- Polk County Bar Association, Member
- Iowa State Bar Association, Member
- American Bar Association, Member
- American Bar Association, Family Law Section

## Honors and Awards

- American Academy of Matrimonial Lawyers, Fellow
- Top 10 Family Law Attorney in Iowa- National Academy of Family Law Attorneys
- Top 100 Trial Lawyers—The National Trial Lawyers
- Top 40 Attorneys Under 40—The National Trial Lawyers
- Super Lawyers—Rising Star
- AVVO Superb Rating 10 of 10
- Top 10 Personal Injury Attorney in Iowa – National Academy of Personal Injury Attorneys

## Fraternities/Sororities

- Delta Theta Phi







5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

## Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

- American Bar Association, Family Law Section
- Polk County Bar Association, Family Law Section
- National Trial Lawyers Association
- American Association for Justice
- American Academy of Matrimonial Lawyers







---

JR ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
est Des Moines, IA 50265

one: 515-223-4567

### ABOUT THE FIRM

Hudson Law is committed to providing you with
professional, trustworthy, compassionate and
effective services for a broad range of legal
issues. Our firm includes top-notch attorneys

### CONNECT WITH US

  

 Recommend this on Google

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Steven H. Shindler

### Shareholder

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Steve brings his strong passion when he represents many diverse individuals as they face life altering events. For over thirty years, together with his clients Steve works hard at crafting remedies that help solve people's current problems and provide future solutions, whether it be through alternative dispute resolution or litigation.

Away from the practice of law, Steve has served on several different Boards including the West Des Moines Little League, Holliday Park Baseball Club Boards and Glen Oaks Country Club. He has been active with coaching youth baseball and has been involved as a volunteer with the West Des Moines Valley High School baseball program.



### Areas of Practice

- Divorce
- Entertainment, Sports & Leisure Law

### Professional Associations and Memberships

- Polk County Bar Association, Member
- Iowa State Bar Association, Member
- Nebraska State Bar Association, Member

**5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265**

# Hudson, Mallaney,
# Shindler & Anderson, P.C.

 515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▼ | PRACTICE AREAS ▼ | CONTACT US |

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

- Family Law
- Health & Health Care Law
- Personal Injury—Plaintiff
- Professional Malpractice Law
- Civil Rights Claims

## Bar Admissions

- Missouri, 1983
- Iowa, 1984
- Nebraska, 1984

## Education

- California Western School of Law, San Diego, California
  - J.D.—1982
  - Order of Barristers
  - National Moot Court
- Drake University, Des Moines, Iowa
  - B.A.—1977

## Published Works

- "The Speed of Trial Timeclock", Criminal Law Techniques, Matthew Bender, 1992

## Representative Cases

- Louie's Floor Covering, Inc. v. DePhillips Interests, Ltd., 378 N.W.2d 923 (Iowa 1985)

- Nebraska State Bar Association, Member
- American Bar Associations, Member
- The Missouri Bar, Member
- American Association for Justice, Member
- American Bar Association

## Past Employment Positions

- Jackson County, Kansas City, Missouri, Legal Counsel, 1983
- Hon. W.W. Reynoldson, Chief Justice, Iowa Supreme Court, Executive Assistant, 1983–1984

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

 515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS ▼        PRACTICE AREAS ▼        CONTACT US

B.A.  1977

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler

## Published Works

- "The Speed of Trial Timeclock", Criminal Law Techniques, Matthew Bender, 1992

## Representative Cases

- Louie's Floor Covering, Inc. v. DePhillips Interests, Ltd., 378 N.W.2d 923 (Iowa 1985)
- In re Marriage of Webb, 426 N.W.2d 402 (Iowa 1988)

## R ADDRESS

dson, Mallaney, Shindler & Anderson, P.C.
15 Grand Ridge Drive, Suite 100
st Des Moines, IA 50265

one: 515-223-4567
l Free: 866-916-9127
x: 515-223-8887

## ABOUT THE FIRM

Hudson Law is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of legal issues. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US

f  g+  in

 Recommend this on Google

Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2015, Hudson, Mallaney, Shindler & Anderson, P.C., All rights reserved.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney, Shindler & Anderson, P.C.

515-223-4567

**HOME**         **FIRM OVERVIEW**         **ATTORNEYS** ▼         **PRACTICE AREAS** ▼         **CONTACT US**

Frederick B. Anderson
Katie L. Gallo
J. Barton Goplerud
Andrew B. Howie
Tara L. Hofbauer
Roger J. Hudson Sr.
Michael P. Mallaney
Brian O. Marty
Peter J. Rolwes
Steven H. Shindler
Ryan E. Weese

## Tara L. Hofbauer

**Associate**

Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Tara brings a true competitive nature to her clients while helping them navigate through difficult times. Clients are drawn to Tara's passionate advocacy and honesty from the first meeting. Tara derives a deep satisfaction from arming potential clients with the proper tools to ready themselves for litigation. Tara's experience as a criminal prosecutor brings a unique perspective to family law. She has tried cases in various courtrooms throughout the State of Iowa. Tara practices primarily in the areas of divorce, child custody, visitation and child support litigation; criminal defense—from traffic tickets to felonies; and personal injury.

Tara received her Bachelor of Science from Iowa State University in 2004, majoring in English, with an emphasis in rhetorical studies. While at Iowa State, she was able to attend an intensive foreign language program at the Universidad Internacional in Cuernavaca, Morelos, Mexico. She earned her Juris Doctorate from Drake University Law School in December 2006 and sat for the February 2007 bar exam. Prior to joining the firm in January of 2012, Tara was an Assistant Marshall County Attorney in Marshalltown, Iowa. While prosecuting, Tara also served on the Board of Directors at Child Abuse Prevention Services.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

# Hudson, Mallaney,
## Shindler & Anderson, P.C.

 515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS ▾     PRACTICE AREAS ▾     CONTACT US

Frederick B. Anderson

Katie L. Gallo

J. Barton Goplerud

Andrew B. Howie

Tara L. Hofbauer

Roger J. Hudson Sr.

Michael P. Mallaney

Brian O. Marty

Peter J. Rolwes

Steven H. Shindler

Ryan E. Weese

## Areas of Practice

- Family Law
- Divorce
- Custody
- Visitation
- Child Support
- Criminal Defense
- Personal Injury
- Litigation

## Bar Admissions

- Iowa, 2007

## Education

- Drake University Law School, Des Moines, Iowa
  - Juris Doctor—2006
  - Honors: With Honors

- Iowa State University, Ames, Iowa
  - B.S., Bachelor of Science
  - Honors: With Distinction
  - Major: English, emphasis in Rhetorical Studies

## Fraternities/Sororities

- Delta Theta Phi
- Alpha Lambda Delta
- Phi Eta Sigma

# Exhibit 3



**LAW OFFICE OF
CHRISTOPHER J. GRAY, P.C.**
**360 Lexington Avenue, 14th Floor**
**New York, New York 10017**
**(212) 838-3221**
**(212) 937-3139 (fax)**
**newcases@investorlawyers.net**
**www.investorlawyers.net**

Since 2004, Law Office of Christopher J. Gray, P.C. has represented (and/or currently represents) plaintiffs in various class actions alleging violations of the Commodities Exchange Act, antitrust law, and state law governing shareholder rights.  The firm also represents and has represented investors in disputes with the securities industry and in litigation against issuers and sellers of securities, among others.

**Attorneys**

 **Christopher J. Gray** has spent most of his career representing individuals and small businesses in complex litigation, arbitration, class actions, and trials and appeals in state and federal court. Mr. Gray also has significant experience representing investors in arbitration proceedings before the Financial Industry Regulatory Authority ("FINRA"), the National Association of Securities Dealers), the New York Stock Exchange, Judicial Arbitration and Mediation Services ("JAMS"), and the National Futures Association, and has obtained substantial recoveries in a number of securities and commodities arbitration cases.

Mr. Gray holds a J.D. degree from Georgetown and a B.A. from the University of Wisconsin. He was admitted to the bar in New York in 1997 and is a member of the bars of the U.S. District Courts for the Eastern, Southern and Western Districts of New York, the U.S. District Court for the Eastern and Northern Districts of Texas, the U.S. District Court for the Northern District of Ohio, the U.S. Court of Appeals for the Second Circuit and the U.S. Supreme Court. Mr. Gray is also a member of the New York State Trial Lawyers Association, the American Association for Justice (f/k/a American Trial Lawyers Association) and the Public Investors Arbitration Bar Association (in which he serves on the Board of Directors and the Self-Regulatory Organization Committee and as an associate editor of the PIABA Bar Journal).

In court, Mr. Gray has also achieved notable results for his clients in many instances. In 2011, Mr. Gray and co-counsel obtained a pre-judgment attachment of $72.4 million against a master fund entity (Amaranth LLC) associated with the now-defunct hedge fund known as Amaranth. The Amaranth master fund had sought to distribute the $72.4 million to its feeder fund investors

1

(including offshore entities) and also to its former employees as deferred compensation. *See In re Amaranth Natural Gas Commodities Litig.,* No. 07-CV-6377 (SAS). In 2006-07, Mr. Gray served as court-appointed Lead Counsel in a class action in the Supreme Court of the State of New York, in which the plaintiff obtained class certification and secured a substantial recovery (that exceeded class members' actual economic losses) for a class of shareholders of a former Nasdaq-listed corporation who were involuntarily cashed out pursuant to a reverse stock split. (*Spring Partners, LLC v. Scharf, Docket No. 601004/05*).   Mr. Gray also has substantial experience in cases involving third-party claims arising from Ponzi schemes, including representing  approximately 300 clients in litigation under the Commodities Exchange Act arising out of a Futures Commission Merchant's aiding and abetting of convicted Ponzi schemer George Hudgins. *See Carey, et al. v. Hudgins, et al.,* U.S. District Court for the Eastern District of Texas Docket No. 6:08-cv-344; *see also In re Agape Litig.,* 681 F. Supp. 2d 352 (E.D.N.Y. 2010) (dismissing third-party claims against bank in case arising from Ponzi scheme).

Mr. Gray has significant experience representing investors in arbitration proceedings before the Financial Industry Regulatory Authority ("FINRA", formerly the National Association of Securities Dealers) and the National Futures Association and has obtained substantial recoveries in a number of cases. In 2011 through 2014 Mr. Gray obtained a recovery of over $1 million, including an award of attorney's fees, on behalf of investors who alleged that respondent brokerage firm had sold them volatile mortgage REITs via misrepresentations and omissions of material fact. *See Raubvogel v. Credit Suisse,* FINRA Case No. 09-02906.

As an associate attorney with his former firm, Mr. Gray assisted in representing the plaintiffs in a class action in which plaintiffs obtained reportedly the largest recovery ever under the Commodities Exchange Act, $145.35 million. *See In re Sumitomo Copper Litig.,* 194 F.R.D. 480 (S.D.N.Y. 2000) (Pollack, J.) (certifying non-continuous class period of over two years). In 2002, Mr. Gray obtained a $1.01 million jury verdict in an action under Section 10(b) of the Securities Exchange Act of 1934. (*Herbert Black v. Finantra Capital, Inc.,* S.D.N.Y. Docket No. 02-CV-6819 (JSR)).  Mr. Gray also investigated, filed and argued procedural motions in *In re Avista Corp. Sec. Litig.,* U.S. District Court for the Eastern District of Washington Docket No. 02-CV-328 (FVS), a securities class action that was later settled for over $9 million.

With his current and former firms, Mr. Gray has represented the plaintiffs in the following reported cases, among many others:

Beach v. Citigroup Alternative Investments, LLC, No. 12-CV-7717 (PKC), 2014 U.S. Dist. LEXIS 30032 (S.D.N.Y. Mar. 7, 2014) (denying in part defendants' motions to dismiss in case alleging fraud in connection with sale and management of hedge fund that imploded, allegedly as the result of losses from a single leveraged trade that implicated conflicts of interest on the part of defendants).

In re Amaranth Natural Gas Commodities Litigation, 711 F. Supp. 2d 301 (S.D.N.Y. 2010) (attaching $72.4 million in assets of hedge fund in action alleging manipulation of natural gas commodities futures by hedge fund) 269 F.R.D. 366 (S.D.N.Y. 2010) (certifying class); 612 F. Supp. 2d 376 (S.D.N.Y. 2008) (denying in substantial part defendants' motions to dismiss complaint).

2

In re Platinum and Palladium Commodities Litigation, No. 10-CV-3617 (WHP), 2014 U.S. Dist. LEXIS 96457 (S.D.N.Y. Jul. 15, 2014) (approving settlements on behalf of futures and physical platinum and palladium purchasers for total cash consideration of $57.7 million).

Raubvogel v. Credit Suisse (USA) Securities LLC, 123 So. 3d 1155 (Fla. 4th DCA 2013) (reversing lower court's denial of petition to confirm arbitration award and refusal to award attorneys' fees to petitioner pursuant to the Florida Securities Act, Fla. Stat §517.211 in case in which client obtained gross recovery of over $ 1million).

Urtubia v. BA Victory Corp., 857 F. Supp. 2d 476 (S.D.N.Y. 2012) (granting contested preliminary certification motion and certifying class in case alleging that restaurant unlawfully withheld tips from waiters).

Crowe v. JPMorgan Chase & Co, No. 09-CV-778, 2009 U.S. Dist. LEXIS 107961 (S.D.N.Y. Nov. 18, 2009) (denying plaintiffs' request that case not be consolidated with other shareholder actions against JPMorgan on behalf of shareholders of the former Bear Stearns Companies Inc.

Slayton v. American Express Co., 460 F.3d 215 (2d Cir. 2006) (obtaining reversal of U.S. District Judge's ruling that shareholder class action on behalf of American Express shareholders against company and executive officers was untimely).

Univest Network, LLC v. AT&T Corp., No. 04-CV-9868 (MGC), 2006 WL 1017679 (S.D.N.Y. Apr. 19, 2006) (holding that press releases incorporated by reference in prospectus for stock offering are statement deemed to be made as of the date of the prospectus for purposes of liability under Section 11 of Securities Act of 1933).

Sung ex rel. Lazard Ltd. v. Wasserstein, 415 F. Supp. 2d 393 (S.D.N.Y. 2006) (remand granted; state law derivative action was not preempted under Securities Litigation Uniform Standards Act of 1998).

Berger v. Scharf, No. 600935/05, 2006 WL 825171 (N.Y. Sup. Ct. N.Y. Cty. March 29, 2006) (denying defendants' motion to dismiss complaint in shareholder class action).

Black v. Finantra Capital, Inc., 418 F.3d 203 (2d Cir. 2005) (reversing district court's grant of judgment notwithstanding verdict pursuant to Fed. R. Civ. P. 50(b)).

In re Agape Litig., 681 F. Supp. 2d 352 (E.D.N.Y. 2010).

In re FBR, Inc. Sec. Litig., 544 F. Supp. 2d 346 (S.D.N.Y. 2008).

<u>Multi-Juice, S.A. v. Snapple Beverage Corp.,</u> No. 02-CV-4635 (RPP), 2005 WL 1138470 (S.D.N.Y. May 12, 2005).

<u>In re Electronic Data Sys. Corp. Sec. and ERISA Litig.,</u> 298 F. Supp. 2d 544 (E.D. Tex. 2004).

<u>Albert Fadem Trust v. Duke Energy Corp.,</u> 214 F. Supp. 2d 314 (S.D.N.Y. 2002).

<u>Butigian v. Port Authority of New York and New Jersey,</u> 266 A.D.2d 133, 699 N.Y.S.2d 41 (1st Dep't 1999)[1].

**Michael Villacres** concentrates his practice in complex litigation, class action and deri vative lawsuits, and securities litigation and arbitration.   Mr. Villacres received a J.D. degree from New York Law School and a B.A.from Fordham University.  Mr. Villacres is a member of the New York bar.

---

[1]Gray represented defendants/appellees.

4