IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panircelvan S/O Kaliannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEARCE & DURICK, and JONATHAN P. SANSTEAD,<br><br>Defendants | Case No. 1:15-cv-00085 |
| DOMINIC WRIGHT, MARTIN LEESE, ANDREW CHITTENDEN, WHITE ROSE PROPERTIES, LLC, STEPHEN ROYALL, STEPHEN ROYALL AND MARIA THOMSON S.M.S.F., LLC, PETER MCRAE, MCRAE FAMILY HOLDINGS, INC., MARTIN ABSIL, MIN-WEI PETER LIU, ADRIEN VINCIGUERRA, GAEL VINCIGUERRA, JAMES CAMPION, PRABAHARAN SUBRAMANIAM, ADRIAN SENG YEE PONG, TREVOR LOWMAN and ANNABEL LOWMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEARCE & DURICK,<br><br>Defendant. | Case No. 1:15-cv-00098 |

1

DECLARATION OF J. BARTON GOPLERUD
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM LEAD COUNSEL

J. BARTON GOPLERUD declares as follows pursuant to 17 U.S.C. §1746:

1. I am a shareholder of the firm of Hudson, Mallaney, Shindler & Anderson, P.C. and am one of the attorneys for Plaintiffs in the above-captioned matters. I am familiar with the proceedings in this case. I respectfully submit this Declaration in support of Plaintiffs' Unopposed Motion for Appointment of Interim Lead Counsel (in the proposed form submitted herewith).

2. Annexed hereto as Exh. 1 is a true copy of the firm biography of Peiffer Rosca Wolf Abdullah Carr & Kane, A Professional Law Corporation.

3. Annexed hereto as Exh. 2 is a true copy of the firm biography of Hudson, Mallaney, Shindler & Anderson, P.C.

4. Annexed hereto as Exh. 3 is a true copy of the firm biography of Law Office of Christopher J. Gray, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th day of August, 2015

_____
J. BARTON GOPLERUD

2