IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Abdul Aleem s/o MM Ibrahim, Jamilah Binte Abdullah, Pok Siok Kee, Eng Ooi Hieng, Swee Hang Danny Tan, Tong Lay Yeen Giovanna, Hooi Hian Lee, Jaryl Tan Hock Seng, Roger Teo Kok Wei, Teo Khim Ho, Man Hong Lee, Gatewoods Investment PTE. LTD., Panircelvan S/O Kaliannan, Thong Juay Koh, Siew Geok Tong, Sze Seng Tan, Tan Chin Hiang, Tan Sweet Keong, and Marcus Ian Tan Guan Xing, individually and on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>PEARCE & DURICK, and JONATHAN P. SANSTEAD,<br><br>       Defendants | **Case No. 1:15-cv-00085** |
| DOMINIC WRIGHT, MARTIN LEESE, ANDREW CHITTENDEN, WHITE ROSE PROPERTIES, LLC, STEPHEN ROYALL, STEPHEN ROYALL AND MARIA THOMSON S.M.S.F., LLC, PETER MCRAE, MCRAE FAMILY HOLDINGS, INC., MARTIN ABSIL, MIN-WEI PETER LIU,<br>ADRIEN VINCIGUERRA, GAEL VINCIGUERRA, JAMES CAMPION, PRABAHARAN SUBRAMANIAM, ADRIAN SENG YEE PONG, TREVOR LOWMAN and ANNABEL LOWMAN, on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br>vs.<br><br>PEARCE & DURICK,<br><br>   Defendant. | **Case No. 1:15-cv-00098** |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, SERVICE AWARDS, AND REIMBURSEMENT OF EXPENSES**

Pursuant to the Court's Order dated March 28, 2016 preliminarily approving the settlement and setting a schedule for final approval (D.E. 56), Plaintiffs hereby respectfully move the Court to grant their Unopposed Motion for Approval of Attorneys' Fees, Service Awards, and Reimbursement of Expenses.

Dated:  July 19, 2016

        PEIFFER, ROSCA, WOLF,
        ABDULLAH, CARR & KANE
        A PROFESSIONAL LAW CORPORATION
        */s/ Alan Rosca*
        By: Alan Rosca
        1422 Euclid Avenue, Suite 1610
        Cleveland, Ohio 44115
        Telephone:  (216) 570-0097
        Facsimile:  (888) 411-0038
        E-Mail:  arosca@prwlegal.com

        PEIFFER, ROSCA, WOLF
        ABDULLAH, CARR & KANE
        A PROFESSIONAL LAW CORPORATION
        Joseph C. Peiffer
        201 St. Charles Avenue, Suite 4610
        New Orleans, LA 70170
        Telephone:  (504) 523-2434
        Facsimile:  (504) 523-2464
        E-Mail:  jpeiffer@prwlegal.com

        HUDSON, MALLANEY, SHINDLER &
        ANDERSON, P.C.
        J. Barton Goplerud
        Brian O. Marty
        5015 Grand Ridge Drive, Suite 100
        West Des Moines, Iowa 50265
        Telephone:  (515) 223-4567
        Facsimile:  (515) 2223-8887
        E-Mail: jbgoplerud@hudsonlaw.net
                bmarty@hudsonlaw.net

        LAW OFFICE OF
        CHRISTOPHER J. GRAY, P.C..
        Christopher J. Gray
        360 Lexington Avenue, 14th Floor

New York, NY 10017
Telephone:  (212) 838-3221
Facsimile:  (212) 937-3139
E-Mail: chris@investorlawyers.net

*Interim Class Counsel*

LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons
50 Albany Turnpike, Suite 4024
Canton, CT 06019
Telephone: (860) 920-5181
E-mail: joshuakons@konslaw.com

LARSON LAW FIRM, P.C.
Mark V. Larson
1020 North Broadway
Minot, ND 58703
Telephone: (701) 839-1777
Facsimile: (701) 839-5350
E-mail:larslaw@srt.com

SCHNEIDER, SCHNEIDER & SCHNEIDER
Mac J. Schneider
317 ½ Kittson Ave.
Grand Forks, ND 58201
Telephone:  (701) 757-2050
Facsimile:  (701) 757-2051
E-Mail: mac@schneiderlawfirm.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which caused copies to be sent to all counsel of record.

*/s/ Mac J. Schneider*
Mac J. Schneider